Case 06-32392 Document 93 Filed in TXSB on 01/04/2010 Page 1 of 1




ENTERED
01/08/2010

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| **In re:** | **DAVID B. BOWMAN** | **§** | **Case No. 06-32392-H1-13** |
| | **PATRICIA BOWMAN** | **§** | **Chapter 13** |

**DEFAULT / UNOPPOSED / UNCONTESTED**
**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**(This Order Resolves Docket #84)**

NUVELL CREDIT COMPANY LLC ("Movant") filed a motion for relief from the automatic stay against one (1) 2003 Dodge Ram 1500 bearing serial number 1D7HA16N73J680122 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As certified by Movant's counsel, there is no effective opposition to the requested relief. Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including foreclosure, repossession and/or with respect to the Property.

1-8-10

ReservedForJudgeSignature
**Marvin Isgur**
**UNITED STATES BANKRUPTCY JUDGE**

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 5 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

Counsel's certification:

Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on December 10, 2009. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the Debtors or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or **(iii)** although a response was filed, the response did not deny ANY of the factual allegations in the motion.

/s/ *Billy G. Baca*
Movant's counsel signature

January 4, 2010
Date

BILLY G. BACA
State Bar No. 01486800
S.D. Tex. Bar No. 3719
5225 Katy Freeway, Suite 350
Houston, Texas 77007
(713) 864-8000 (713) 864-0179 facsimile
*BGBaca@LBandD.com*